

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-19-00447-CV

———————————————

IN RE CORY RAY SHELBY, Relator

Original Proceeding
Trial Court No. 325-672025-19

Before Gabriel, J.; Sudderth, C.J.; and Wallach, J.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION

We have considered Relator's petition for writ of mandamus and conclude that relief should be denied. Accordingly, we deny Relator's petition for writ of mandamus.

Per Curiam

Delivered:  December 9, 2019